UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTIAN HAMBRICK, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:21-cv-00009-DLP-SEB ) |
| KILOLO KIJAKAZI, | ) ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

So ORDERED.

Date: 12/1/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.